UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ARIYAN, INC. D/B/A DISCOUNT CORNER, M. LANGENSTEIN & SONS, INC., PRYTANIA LIQUOR STORE, INC., WEST PRYTANIA, INC. D/B/A PRYTANIA MAIL SERVICE/BARBARA WEST, BRITISH ANTIQUES, L.L.C./BENNET POWELL, FINE ARTS MANAGEMENT, L.L.C. D/B/A PRYTANIA THEATRE, SUPERIOR SEAFOOD AND OYSTER BAR, L.L.C., THE MAGIC BOX, LTD. D/B/A MAGIC BOX TOYS, MARK DEFELICE, SAVARE DEFELICE, JR., ESTEFF DEFELICE, and VIRGINIA DEFELICE, all on behalf of the entity f/k/a PASCAL-MANALE RESTAURANT INC., ARLEN BRUNSON, KRISTINA and BRETT DUPRE, GAIL MARIE HATCHER, BETTY PRICE, BOJAN RISTIC, PATSY SEARCY, HELEN GREEN, THEADA THOMPSON, KIM ALVAREZ and ALLAN BASIK, JOHN, JR. and JILL BOSSIER, DAVID ENGLES, ESTATE OF LOUISE STEWART, CATHLEEN HIGHTOWER, RUTH and LEON HINSON, MARGARET and HARRY LECHE, GEORGE MOULEDOUX, ELIZABETH and WILLIAM SEWELL, PATRICIA WYNN, GERALDINE BALONEY, ABBRICA CALLAGHAN, BURNELL COTLON, EIRINN ERNY and GREGORY KOZLOWSKI, LARRY HAMEEN, NOELLA HAYES, STEPHEN HOGAN and FRANSISCA MEDINA-HOGAN, KEEBA and GAYLIN MCALLISTER, CODY MYERS, AND HEATHER WEATHERS, ELIO, CHARLOTTE, and BENITO BRANCAFORTE, DR. JOSEPHINE S. BROWN, RICHARD PARKE ELLIS and NANCY ELLIS, MARK HAMRICK, DR. ROBERT and CHARLOTTE LINK, ROSS and LAUREL MCDIARMID, JERRY OSBORNE, JACK STOLIER, DR. WILLIAM B. TAYLOR, III, WATSON MEMORIAL SPIRITUAL TEMPLE OF CHRIST D/B/A WATSON MEMORIAL TEACHING MINISTRIES, GEORGE and BETH DUESSING, DAVID EPSTEIN, FAYE LIEDER, THOMAS RYAN, JUDITH JURISICH, DOROTHY WHITE, THOMAS and JUDITH | CIVIL ACTION NO.: 21-534<br><br>SECTION: F<br><br>JUDGE: FELDMAN<br><br>DIVISION: 1<br><br>MAGISTRATE: VAN MEERVELD |

**LOWENBURG, JOHN and LORI OCHNER, RONALD RUIZ, ANNE LOWENBURG, SARAH A. LOWMAN, BARBARA H. WEST, NANETTE COLOMB, MARY and CLAY KEARNEY, MICHAEL T. GRAY, MARK and ANNA KURT, THE AMERICAN INSURANCE COMPANY (AS SUBROGEE OF MARK AND ANNA KURT), VIRGINIA CARTER STEVENS MOLONY, DAT DOG ENTERPRISES, LLC, DAT DOG PROPERTIES, LLC, SUPERIOR BAR & GRILL, INC., THE FRESH MARKET, INC., K&B CORPORATION D/B/A RITE AID CORPORATION, AND 1900 & 1901 COLLIN, L.L.C.**

**Plaintiffs,**

**v.**

**SEWERAGE & WATER BOARD OF NEW ORLEANS, AND GHASSAN KORBAN, IN HIS CAPACITY AS EXECUTIVE DIRECTOR OF SEWERAGE & WATER BOARD OF NEW ORLEANS**

**Defendants.**

## ORDER

It appearing to the Court that Michael T. Whitaker has been approved to appear in this matter *pro hac vice*,

IT IS ORDERED that Michael T. Whitaker is hereby enrolled, *pro hac vice*, as additional counsel of record in the above-captioned matter.

New Orleans, Louisiana, this ___ day of _____, 2021.

_____
HONORABLE MARTIN L.C. FELDMAN
EASTERN DISTRICT COURT OF LOUISIANA