UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ARIYAN, INC. D/B/A DISCOUNT CORNER, M. LANGENSTEIN & SONS, INC., PRYTANIA LIQUOR STORE, INC., WEST PRYTANIA, INC. D/B/A PRYTANIA MAIL SERVICE/BARBARA WEST, BRITISH ANTIQUES, L.L.C./BENNET POWELL, FINE ARTS MANAGEMENT, L.L.C. D/B/A PRYTANIA THEATRE, SUPERIOR SEAFOOD AND OYSTER BAR, L.L.C., THE MAGIC BOX, LTD. D/B/A MAGIC BOX TOYS, MARK DEFELICE, SAVARE DEFELICE, JR., ESTEFF DEFELICE, and VIRGINIA DEFELICE, all on behalf of the entity f/k/a PASCAL-MANALE RESTAURANT INC., ARLEN BRUNSON, KRISTINA and BRETT DUPRE, GAIL MARIE HATCHER, BETTY PRICE, BOJAN RISTIC, PATSY SEARCY, HELEN GREEN, THEADA THOMPSON, KIM ALVAREZ and ALLAN BASIK, JOHN, JR. and JILL BOSSIER, DAVID ENGLES, ESTATE OF LOUISE STEWART, CATHLEEN HIGHTOWER, RUTH and LEON HINSON, MARGARET and HARRY LECHE, GEORGE MOULEDOUX, ELIZABETH and WILLIAM SEWELL, PATRICIA WYNN, GERALDINE BALONEY, ABBRICA CALLAGHAN, BURNELL COTLON, EIRINN ERNY and GREGORY KOZLOWSKI, LARRY HAMEEN, NOELLA HAYES, STEPHEN HOGAN and FRANSISCA MEDINA-HOGAN, KEEBA and GAYLIN MCALLISTER, CODY MYERS, AND HEATHER WEATHERS, ELIO, CHARLOTTE, and BENITO BRANCAFORTE, DR. JOSEPHINE S. BROWN, RICHARD PARKE ELLIS and NANCY ELLIS, MARK HAMRICK, DR. ROBERT and CHARLOTTE LINK, ROSS and LAUREL MCDIARMID, JERRY OSBORNE, JACK STOLIER, DR. WILLIAM B. TAYLOR, III, WATSON MEMORIAL SPIRITUAL TEMPLE OF CHRIST D/B/A WATSON MEMORIAL TEACHING MINISTRIES, GEORGE and BETH DUESSING, DAVID EPSTEIN, FAYE LIEDER, THOMAS RYAN, JUDITH JURISICH, DOROTHY WHITE, THOMAS and JUDITH | CIVIL ACTION NO.: 21-534<br><br>SECTION: F<br><br>JUDGE: FELDMAN<br><br>DIVISION: 1<br><br>MAGISTRATE: VAN MEERVELD |

| |
|---|
| LOWENBURG, JOHN and LORI OCHNER, RONALD RUIZ, ANNE LOWENBURG, SARAH A. LOWMAN, BARBARA H. WEST, NANETTE COLOMB, MARY and CLAY KEARNEY, MICHAEL T. GRAY, MARK and ANNA KURT, THE AMERICAN INSURANCE COMPANY (AS SUBROGEE OF MARK AND ANNA KURT), VIRGINIA CARTER STEVENS MOLONY, DAT DOG ENTERPRISES, LLC, DAT DOG PROPERTIES, LLC, SUPERIOR BAR & GRILL, INC., THE FRESH MARKET, INC., K&B CORPORATION D/B/A RITE AID CORPORATION, AND 1900 & 1901 COLLIN, L.L.C.<br><br>**Plaintiffs,**<br><br>v.<br><br>SEWERAGE & WATER BOARD OF NEW ORLEANS, AND GHASSAN KORBAN, IN HIS CAPACITY AS EXECUTIVE DIRECTOR OF SEWERAGE & WATER BOARD OF NEW ORLEANS<br><br>**Defendants.** |

## DECLARATION OF MICHAEL T. WHITAKER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Michael T. Whitaker, make the following declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

1. This declaration is based upon my personal knowledge, information, and belief. I am currently a resident of the State of California. I am over 18 years of age and suffer from no legal incapacity. I am not a member of the bar of this Court and upon the accompanying written motion of counsel of record who is a member of the bar of this Court, seek by ex parte order to be permitted to appear and participate as co-counsel in this case.

2. I was admitted to the Bar of California on June 11, 1985. Attached is a certificate of good standing from the State Bar of California.

3. I am currently employed as an attorney with The Whitaker Law Firm, APC, and have been employed by the firm for over ten years.

4. In connection with the underlying *Sewell* case, I have previously requested and received admission *pro hac vice* to the United States District Court for the Eastern District of Louisiana.

5. No disciplinary proceedings or criminal charges have been instituted against me in any court or jurisdiction.

6. Alexis A. Butler has agreed to act as local counsel and accept service of motion and papers in this case pursuant to Local Rule 83.2.5.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of March 2021.

_____
Michael T. Whitaker
The Whitaker Law Firm, APC
3 S/W Corner Mission and Ocean
Carmel-by-the-Sea, CA 93923
Tel: (831) 624-5556
Fax: (831) 624-5509
michaelwhitaker@whitakerlawfirm.net

**United States District Court**
**Eastern District of Louisiana**
**ELECTRONIC CASE FILING SYSTEM**
**Consent to Electronic Filing**

## E-File Privileges
must be requested through PACER:
www.pacer.gov

This form shall be used to consent to electronic filing in the Eastern District of Louisiana's Electronic Case Filing System (ECF). Registered attorneys will have privileges to submit documents electronically and to view and retrieve electronic docket sheets and documents accessible to the public for cases in the ECF System. If you are seeking admission to the bar of this Court, attach this form to your petition for admission to practice. If you are already admitted to practice, this form should be emailed to ECF_Registration@laed.uscourts.gov. The following information is required for electronic filing.

Please Type

First/Middle/Last Name: Michael Thomas Whitaker

Attorney Bar # and State: California State Bar, #118403

Firm Name: The Whitaker Law Firm

Firm Address: P.O. Box 4118, 3 S/W Mission and Ocean
Carmel, CA, 93921

Telephone Number: (831)601-2526

E-Mail Address: michaelwhitaker@whitakerlaw.net
(Attorney's email for electronic service)

Additional E-Mail Address: thewhitakerlawfirm@yahoo.net
(Secretary, central repository, etc.)

Is this regarding a Petition for Admission to practice in the Eastern District of Louisiana?
Yes ☐ No ✓   Date of Filing of Petition for Admission _____

Is this regarding Pro Hac Vice Admission? Yes ✓ No ☐   Case number 21-534

Is this regarding a MDL case? Yes ☐ No ✓   MDL case number or name _____

Are you a federal government attorney? Yes ☐ No ✓   Office where employed:
_____

1

- Electronic case filing by attorneys is mandatory in the USDC for the Eastern District of Louisiana for all attorneys and attorneys must file all documents using the CM/ECF System, unless the attorney has filed a motion for an exemption, and the Chief Judge has granted an exemption for good cause shown. See EDLA Local Rule 5.1, EDLA Administrative Procedures for Electronic Case Filings and Unique Procedures for Electronic Case Filings, Rules 1 and 2.

- Attorneys seeking to file documents electronically must be admitted to practice in the United States District Court, Eastern District of Louisiana, pursuant to Civil Local Rule 83.2.2 or be admitted for a particular case (pro hac vice) pursuant to Civil Local Rule 83.2.5. If allowed in the MDL case management order, attorneys may register for electronic case filing in MDL cases without being admitted to practice in this Court or admitted pro hac vice.

- By signing this consent to electronic filing, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the Electronic Filing System. The undersigned also consents to receive notice of filings pursuant to Fed.R.Civ.P. 5(b) and 77(d) via the Court's Electronic Filing System and consents to receive service from other Filing Users by the Notice of Electronic Filing generated by the Court's Electronic Filing System. The combination of user id and password will serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised.

- The undersigned agrees to keep informed of the current electronic filing procedures and any updated procedures posted on the court's website at http://www.laed.uscourts.gov/case-information/procedures-and-practices-e-filing.

- The undersigned certifies that he/she has an individual PACER account for filing and viewing documents in the system, appropriate computer hardware, internet access, and software, necessary for ECF filing, including hardware/software that will convert documents created into Portable Document Format (PDF) as required by the Court.

- The undersigned acknowledges that it is his/her responsibility to understand how to file electronically via the CM/ECF system. If necessary, the undersigned will obtain CM/ECF training via the court's online tutorial at http://www.laed.uscourts.gov/cmecf/ecf.htm.

- The undersigned agrees and acknowledges that pursuant to Local Rule 83.2.7, everyone who appears in court in proper person and every attorney permitted to practice in this court must be familiar with the Local Rules. Willful failure to comply with the rules, or a false certificate of compliance is cause for disciplinary action.

3/25/2021
_____
Date

_[signature]_
_____
Attorney Signature

[Rev.11/2019]

2